FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2024

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Bree R. Black Horse
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOMERO ROJAS HUATO, <br><br> Defendant. | INDICTMENT <br><br> Vio: 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8) <br> Alien in Possession of Firearms <br><br> 18 U.S.C. § 924, <br> 28 U.S.C. § 2461 <br> Forfeiture Allegations |

The Grand Jury charges:

On or about October 10, 2024, in the Eastern District of Washington, the Defendant, HOMERO ROJAS HUATO, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess firearms, to wit: an Arsenal model: SLR 95 Semi-Automatic 7.62x39mm Rifle bearing serial number BA362291, and a Ruger model: LC9 Semi-Automatic 9mm Pistol bearing serial number 322-34780, which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(5)(A) and 924(a)(8), Alien in Possession of Firearm, as set forth in this Indictment, the Defendant, HOMERO ROJAS HUATO, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

- an Arsenal model: SLR 95 Semi-Automatic 7.62x39mm Rifle bearing serial number BA362291; and

- a Ruger model: LC9 Semi-Automatic 9mm Pistol bearing serial number 322-34780.

DATED this 16th day of October 2024

A TRUE BILL

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

*Bree R. Black Horse* (signed for)

Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 2